S. Ward Greene, OSB #77413
E-mail: ward.greene@greenemarkley.com
Greene & Markley, P.C.
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434
    Attorneys for Jason Emerick, Trustee
    of the Eastern Oregon Fast Freight
    Employee Stock Ownership Plan
    and Trust

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| FRED RAY, DIANNE J. HARR, GREG K. HEPNER, BETTY K. JARRELL, and JASON EMERICK, Trustee of the Eastern Oregon Fast Freight Employee Stock Ownership Plan and Trust,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN BOOZE, EASTERN OREGON FAST FREIGHT, INC., an Oregon corporation, CASEY THOMAS, and NORTHWEST TRANSPORT SERVICES, LLC, an Oregon limited liability company,<br><br>    Defendants. | No. CV 04 1227 JE<br><br>ORDER |

    Based on the stipulation of the parties hereto, and being otherwise fully advised in the premises, it is hereby

    ORDERED that defendant Eastern Oregon Fast Freight, Inc. ("EOFF") is enjoined from making any payments or disbursements, excepting only routine utility,

Page 1 - ORDER

GREENE & MARKLEY, P.C.
Attorneys at Law
1515 S.W. Fifth Avenue, Suite 600
Portland, Oregon 97201
Telephone (503) 295-2668

lease or similar payments, and any necessary hourly fees which may be paid to Casey Thomas for services necessarily rendered to the company. The company shall give not less than 10 days' advance written notice to Robert McGaughey before making any other payments or disbursements. Such notice shall include a detailed statement as to the amount, recipient and reason for the proposed payment. This preliminary injunction will remain in effect pending further order of the court.

FURTHER ORDERED that EOFF shall furnish to plaintiffs' counsel on or before June 1, 2005, a detailed statement of all assets and liabilities of EOFF as of April 30, 2005, and its current cash disbursement records.

Dated: May 31, 2005

_____
Honorable John Jelderks
U.S. Magistrate Judge


SUBMITTED BY:

_____
S Ward Greene, OSB #77413
Of Attorneys for ESOP


\5850\P Order.wpd

Page 2 - ORDER